The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>　　　　　Defendant. | NO. 2:15-cv-00366-JLR **AND ORDER**<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES<br><br>**NOTE ON MOTION CALENDAR:<br>JUNE 9, 2017** |

Plaintiff Intellicheck Mobilisa, Inc. ("Intellicheck") and Defendant Wizz Systems L.L.C., d/b/a IDScan.net ("IDScan") jointly request the Court extend the date for opening expert witness disclosures from Friday, June 9, 2017, to Monday, June 12, 2017. Plaintiff's technical expert recently went into surgery for a torn bicep and needs the weekend to complete his report. The parties therefore agreed to extend the date for all opening expert reports. The parties therefore respectfully request that the Court modify the Scheduling Order (Dkt. 79) extending the date for opening expert witness disclosures from Friday, June 9, 2017, to Monday, June 12, 2017. All other deadlines remain unchanged.

STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT
WITNESS DISCLOSURES (2:15-cv-00366-JLR) - 1
4842-6812-8842v.1 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 9th day of June, 2017.

| DAVIS WRIGHT TREMAINE LLP | KELLEY DRYE & WARREN, LLP |
|---|---|
| By: s/Benjamin J. Byer<br>    Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-757-8105<br>Fax: 206-757-7700<br>Email: benbyer@dwt.com | By: s/David R. Yohannan<br>    David R. Yohannan, Admitted *pro hac vice*<br>    Joseph D. Wilson, Admitted *pro hac vice*<br>3050 K Street, NW, Suite 400<br>Washington, D.C. 20007<br>Tel: 202-342-8400<br>Fax: 202-342-8451<br>Email: dyohannan@kelleydrye.com<br>Email: jwilson@kelleydrye.com |
| Amber N. Davis, *Admitted pro hac vice*<br>Terry M. Sanks, *Admitted pro hac*<br>BEUSSE WOLTER SANKS & MAIRE, PLLC<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Tel: 407-926-7716<br>Fax: 407-926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com<br><br>Attorneys for Plaintiff<br>Intellicheck Mobilisa, Inc. | Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939<br>Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com<br><br>Attorneys for Defendant WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net |

## ~~[PROPOSED]~~ ORDER

It is so ordered.

DATED this 12th day of June, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT
WITNESS DISCLOSURES (2:15-cv-00366-JLR) - 2
4842-6812-8842v.1 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David R. Yohannan, Admitted *pro hac vice* <br> Joseph D. Wilson, Admitted *pro hac vice* <br> KELLEY DRYE & WARREN, LLP <br> 3050 K Street, NW, Suite 400 <br> Washington, D.C. 20007 <br> Tel: 202-342-8400 <br> Fax: 202-342-8451 <br> Email: dyohannan@kelleydrye.com <br> Email: jwilson@kelleydrye.com | _____ U.S. Mail <br> _____ Hand Delivery <br> _____ Overnight Mail <br> _____ Facsimile <br> __X__ CM/ECF Notification |
| Donald B. Scaramastra, WSBA #21416 <br> GARVEY SCHUBERT BARER <br> 1191 Second Street, 18th Floor <br> Seattle, WA 98101-2939 <br> Tel: 206-464-3939 <br> Fax: 206-464-0125 <br> E-mail: dscar@gsblaw.com <br> <br> Attorneys for Defendant Wizz Systems, L.L.C. d/b/a IDScan.net | _____ U.S. Mail <br> _____ Hand Delivery <br> _____ Overnight Mail <br> _____ Facsimile <br> __X__ CM/ECF Notification |

DATED this 9th day of June, 2017.

s/Benjamin J. Byer
Benjamin J. Byer

STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT
WITNESS DISCLOSURES (2:15-cv-00366-JLR) - 3
4842-6812-8842v.1 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax