HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>Defendant. | NO. 2:15-cv-00366-JLR<br><br>STIPULATED MOTION [and PROPOSED ORDER] FOR EXTENSION OF TIME TO SERVE REBUTTAL EXPERT REPORTS<br><br>**NOTE ON MOTION CALENDAR: JUNE 29, 2017** |

Pursuant to Local Civil Rules 7(d)(1) and 16(b)(5), Plaintiff, INTELLICHECK MOBILISA, INC. ("INTELLICHECK"), and Defendant, WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net ("IDSCAN.NET") hereby stipulate and respectfully move this Court for an Order extending the time to serve rebuttal expert reports in this matter by two (2) weeks from Friday, July 14, 2017, to and including Friday, July 28, 2017. The parties agree that there is good cause to extend these deadlines.

The parties exchanged opening expert witness reports on June 12, 2017; however, due to the volume of materials, the parties were unable to complete service of all exhibits to those

STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE
REBUTTAL EXPERT REPORTS - 1
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

4829-6252-5259v.1 0106287-000002

reports until June 23, 2017. It is necessary for each of the parties' experts to review the exhibits in order to properly prepare rebuttal reports. Because of the unforeseen delay in obtaining access to the opening report exhibits, the parties agree good cause exists to extend the deadline for the service of rebuttal expert reports. The parties therefor respectfully request the Court modify the Scheduling Order (Dkt. 79) extending the date for the rebuttal expert witness disclosures and reports from Friday, July 14, 2017 to Friday, July 28, 2017. All other deadlines remain unchanged.

IT IS SO STIPULATED.

DATED this 29th day of June, 2017.

| DAVIS WRIGHT TREMAINE LLP | QUARLES & BRADY LLP |
|---|---|
| By: s/ Benjamin J. Byer<br>Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-747-8105<br>Fax: 206-757-7105<br>Email: benbyer@dwt.com | By: s/ David R. Yohannan<br>David R. Yohannan, *Pro Hac Vice*<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Tel: 202-780-2637<br>Fax: 202-372-9599<br>Email: david.yohannan@quarles.com |
| BEUSSE WOLTER SANKS<br>& MAIRE, PLLC<br><br>By: s/ Amber N. Davis<br>Amber N. Davis, *Pro Hac Vice*<br>Terry M. Sanks, *Pro Hac Vice*<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Tel: 407-926-7716<br>Fax: 407-926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com<br><br>*Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | Joseph D. Wilson, *Pro Hac Vice*<br>KELLEY DRYE & WARREN, LLP<br>3050 K Street, NW, Suite 400<br>Washington, D.C. 20007<br>Tel: 202-342-8400<br>Fax: 202-342-8451<br>Email: jwilson@kelleydrye.com<br><br>Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939<br>Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com<br><br>*Attorneys for Defendant WIZZ SYSTEMS,*<br>*L.L.C., d/b/a IDScan.net* |

STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE
REBUTTAL EXPERT REPORTS - 2
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

4829-6252-5259v.1 0106287-000002

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | It is so ordered. |
| 3 | DATED this 29th day of June, 2017. |

*/s/ James L. Robart*
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE
REBUTTAL EXPERT REPORTS - 3
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

4829-6252-5259v.1 0106287-000002

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David R. Yohannan, *Pro Hac Vice*<br>QUARLES & BRADY LLP<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Tel: 202-780-2637<br>Fax: 202-372-9599<br>Email: david.yohannan@quarles.com | \_\_\_\_ U.S. Mail<br>\_\_\_\_ Hand Delivery<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Facsimile<br>\_X\_\_ CM/ECF Notification |
| Joseph D. Wilson, *Pro Hac Vice*<br>KELLEY DRYE & WARREN, LLP<br>3050 K Street, NW, Suite 400<br>Washington, D.C. 20007<br>Tel: 202-342-8400<br>Fax: 202-342-8451<br>Email: jwilson@kelleydrye.com | \_\_\_\_ U.S. Mail<br>\_\_\_\_ Hand Delivery<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Facsimile<br>\_X\_\_ CM/ECF Notification |
| Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939<br>Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com | \_\_\_\_ U.S. Mail<br>\_\_\_\_ Hand Delivery<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Facsimile<br>\_X\_\_ CM/ECF Notification |

Attorneys for Defendant Wizz Systems, L.L.C. d/b/a IDScan.net

DATED this 29th day of June, 2017.

s/Benjamin J. Byer
Benjamin J. Byer

STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE
REBUTTAL EXPERT REPORTS - 4
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

4829-6252-5259v.1 0106287-000002