HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>Defendant. | NO. 2:15-cv-00366-JLR<br><br>STIPULATED MOTION [and PROPOSED ORDER] FOR EXTENSION OF DISCOVERY DEADLINE<br><br>NOTE ON MOTION CALENDAR: SAME DAY |



Pursuant to Local Civil Rules 7(d)(1) and 16(b)(5), Plaintiff, INTELLICHECK MOBILISA, INC. ("INTELLICHECK"), and Defendant, WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net ("IDSCAN.NET") hereby stipulate and respectfully move this Court for an Order extending the discovery deadline as it pertains to depositions by one week from September 15, 2017 to September 22, 2017. The parties agree that there is good cause to extend this deadline.

The parties are currently in the midst of deposing both parties' witnesses. The witnesses and the depositions of the witnesses are located throughout the United States and require travel by counsel for the parties. Counsel have agreed to extend the discovery deadline as it pertains to depositions by one week, until September 22, 2017 in order to schedule depositions that have previously been noticed or discussed amongst the parties. As further grounds for the Request, Hurricane Irma is approaching Florida as a Category 5 Hurricane and it is unclear whether counsel for Plaintiff will be able to travel this week.

STIPULATED MOTION FOR EXTENSION OF DISCOVERY
DEADLINE - 1
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

The parties therefore respectfully request the Court modify the Scheduling Order (Dkt. 79) extending the discovery deadline date as it pertains to depositions from Friday, September 15, 2017 to Friday, September 22, 2017. All other deadlines remain unchanged.

IT IS SO STIPULATED.

DATED this 5th day of September, 2017.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | KELLEY DRYE & WARREN, LLP |
| By: s/ Benjamin J. Byer<br>Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-747-8105<br>Fax: 206-757-7700<br>Email: benbyer@dwt.com | By: s/ David R. Yohannan<br>David R. Yohannan, *Pro Hac Vice*<br>Joseph D. Wilson, *Pro Hac vice*<br>3050 K Street, NW, Suite 400<br>Washington, D.C. 20007<br>Tel: 202-342-8400/Fax: 202-342-8451<br>Email: dyohannan@kelleydrye.com<br>Email: jwilson@kelleydrye.com |
| *Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939/Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com |
| BEUSSE WOLTER SANKS<br>& MAIRE, PLLC | *Attorneys for Defendant WIZZ SYSTEMS,*<br>*L.L.C., d/b/a IDScan.net* |
| By: s/ Amber N. Davis<br>Amber N. Davis, *Pro Hac Vice*<br>Terry M. Sanks, *Pro Hac Vice*<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Telephone: (407) 926-7716<br>Facsimile: (407) 926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com | |
| *Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | |

STIPULATED MOTION FOR EXTENSION OF DISCOVERY
DEADLINE - 2
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

## ~~[PROPOSED]~~ ORDER

It is so ordered. No further extensions will be granted.

DATED this 6th day of Sept., 2017.

*/s/ James L. Robart*
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF DISCOVERY
DEADLINE - 3
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such file to the following:

| | |
|---|---|
| David R. Yohannan, Admitted *pro hac vice* <br> Stephen R. Freeland, Admitted *pro hac vice* <br> Quarles & Brady, LLP <br> 1701 Pennsylvania Avenue NW <br> Suite 700 <br> Washington, D.C. 20006 <br> Tel: 202-780-2637 <br> Fax: 202-372-9599 <br> Email: david.yohannan@quarles.com | _____U.S. Mail <br> _____Hand Delivery <br> _____Overnight Mail <br> _____Facsimile <br> \_\_\_X\_\_\_CM/ECF |
| Donald B. Scaramastra, WSBA #21416 <br> GARVEY SCHUBERT BARER <br> 1191 Second Street, 18th Floor <br> Seattle, WA 98101-2939 <br> Tel: 206-464-3939/Fax: 206-464-0125 <br> E-mail: dscar@gsblaw.com | _____U.S. Mail <br> _____Hand Delivery <br> _____Overnight Mail <br> _____Facsimile <br> \_\_\_X\_\_\_CM/ECF |

*Attorneys for Defendant WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net*

                                          *s/ Amber N. Davis*
                                          Terry M. Sanks

STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE - 4
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720