HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>Defendant. | NO. 2:15-cv-00366-JLR<br><br>STIPULATED MOTION ~~[and PROPOSED ORDER]~~ FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE<br><br>**NOTE ON MOTION CALENDAR: SAME DAY** |

Pursuant to Local Civil Rules 7(d)(1) and 16(b)(5), Plaintiff, INTELLICHECK MOBILISA, INC. ("INTELLICHECK"), and Defendant, WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net ("IDSCAN.NET") hereby stipulate and respectfully move this Court for an Order extending the dispositive motion deadline by one week from October 20, 2017 to October 27, 2017. The parties agree that there is good cause to extend this deadline.

The discovery deadline in this case was extended by agreement and pursuant to this Court's order (Dkt. 92) by one week from September 15, 2017 to September 22, 2017. The deadline for filing dispositive motions is currently set for October 20, 2017, five (5) weeks after

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 1
CASE NO.: 2:15-CV-00366-JLR

QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Tel: 202-372-9600
Fax: 202-372-9599

the, now extended by one week, previous September 15 discovery cut-off. Both parties anticipate filing a dispositive motion by the deadline. Counsel have agreed that a one week extension of the dispositive motion deadline would be appropriate in view of the one week extension of the discovery deadline which was needed for depositions conducted on September 19 and 22, 2017. Extending the dispositive motions deadline by one week, until October 27, 2017, will permit the parties to have time to review final deposition transcripts in connection with preparation of dispositive motions in accordance with the original five (5) week separation between the end of discovery and the dispositive motion deadline.

The parties therefore respectfully request the Court modify the Scheduling Order (Dkt. 79) extending the dispositive motion deadline date from Friday, October 20, 2017 to Friday, October 27, 2017. All other deadlines remain unchanged.

IT IS SO STIPULATED.

DATED this 13th day of October, 2017

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 2
CASE NO.: 2:15-CV-00366-JLR

QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Tel: 202-372-9600
Fax: 202-372-9599

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | GARVEY SCHUBERT BARER |
| | |
| By: *s/ Benjamin J. Byer* | By: *s/Donald B. Scaramastra* |
|     Benjamin J. Byer, WSBA #38206 |     Donald B. Scaramastra, WSBA #21416 |
|     1201 Third Avenue |     dscaramastra@gsblaw.com |
|     Suite 2200 |     1191 Second Ave., Ste. 1800 |
|     Seattle, WA 98101-3045 |     Seattle, WA 98101 |
|     Tel: 206-747-8105 |     T: 206-464-3939 |
|     Fax: 206-757-7700 |     F: 206-464-0125 |
|     Email: benbyer@dwt.com | |

*Attorneys for Plaintiff
Intellicheck Mobilisa, Inc.*

BEUSSE WOLTER SANKS
  & MAIRE, PLLC

By: *s/ Amber N. Davis*
    Amber N. Davis, *Pro Hac Vice*
    Terry M. Sanks, *Pro Hac Vice*
    390 North Orange Avenue, Suite 2500
    Orlando, Florida 32801
    Telephone: (407) 926-7716
    Facsimile: (407) 926-7720
    E-mail: adavis@bwsmiplaw.com
    E-mail: tsanks@bwsmiplawfl.com

*Attorneys for Plaintiff
Intellicheck Mobilisa, Inc.*

By: *s/David R. Yohannan*
    David R. Yohannan (admitted *Pro Hac Vice*)
    david.yohannan@quarles.com
    Nikia L. Gray (admitted *Pro Hac Vice*)
    nikia.gray@quarles.com
    QUARLES & BRADY LLP
    1701 Pennsylvania Avenue NW, Suite 700
    Washington, DC 20006
    T: (202) 780-2637
    F: (202) 372-9599

*Attorneys for Wizz Systems, L.L.C. d/b/a IDScan.net*

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 3
CASE NO.: 2:15-CV-00366-JLR

QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Tel: 202-372-9600
Fax: 202-372-9599

1                             [PROPOSED] ORDER    JLR

2 It is so ordered. No further extensions of the Pretrial Schedule will be made. Counsel are directed to staff the case with lawyers who can comply with the established deadlines.

3 DATED this 13th day of October, 2017.

                                  _____
                                  THE HONORABLE JAMES L. ROBART
                                  UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 4
CASE NO.: 2:15-CV-00366-JLR

QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Tel: 202-372-9600
Fax: 202-372-9599

# CERTIFICATE OF SERVICE

I certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Benjamin J. Byer, WSBA No. 38206
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-622-3150
Fax: 206-757-7700
E-mail: benbyer@dwt.com

**Attorneys for Plaintiff**
Amber N. Davis
Florida Bar No: 0026628
Admitted *Pro Hac Vice*
Terry M. Sanks
Florida Bar No: 154430
Admitted *Pro Hac Vice*
Beusse Wolter Sanks
  Mora & Maire, PLLC
390 North Orange Ave., Suite 2500
Orlando, Florida 32801
Tel: 407-926-7716
Fax: 407-926-7720
E-mail: adavis@bwsmiplaw.com
E-mail: tsanks@bwsmiplawfl.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

DATED this 13 day of October 2017,    *s/ David R. Yohannan*

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE
MOTION DEADLINE - 5
CASE NO.: 2:15-CV-00366-JLR

QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Tel: 202-372-9600
Fax: 202-372-9599