The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>Defendant. | NO. 2:15-cv-00366-JLR<br><br>JOINT STIPULATED MOTION ~~[and PROPOSED ORDER]~~ FOR EXTENSION OF TRIAL DATE AND OTHER RELATED DATES<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 24, 2017** |

Pursuant to Local Civil Rules 7(d)(1) and 16(b)(4), Plaintiff, Intellicheck Mobilisa, Inc. ("Intellicheck"), and Defendant, WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net ("Idscan.Net") hereby jointly move this Court for an Order extending the trial date and other trial-related dates in this matter. The parties agree that there is good cause to extend these deadlines and in support of this motion, state as follows:

1. Intellicheck is represented by lead counsel Amber N. Davis and Terry M. Sanks, from Beusse Wolter Sanks & Maire, PLLC, as well as local counsel, Benjamin J. Byer, from Davis Wright Tremaine, LLP

2. This matter is currently scheduled for the trial period beginning March 5, 2018. However, Ms. Davis and her husband recently found out they are expecting a child, due March 15, 2018, just ten days after the start of a scheduled four to five day trial.

JOINT MOTION FOR EXTENSION OF
TRIAL DATE AND RELATED DATES (2:15-cv-00366-JLR) - 1
4834-9347-1569v.2 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

3.	Counsel for both parties are aware of this Court's recent Order (Dkt. 100), which states that no additional extensions of the pretrial schedule will be made. The parties do not know whether the Court had an extension of the trial date in mind when it issued that Order, but the parties provide the following additional factual background.

4.	Prior to receiving this Order, counsel for the parties contacted Chambers and sought to schedule a time to speak with the Court to alert it of the pregnancy. On Tuesday, October 17, 2017, counsel for the parties spoke with the Clerk and were instructed to file the instant motion.

5.	Both Ms. Davis and Mr. Sanks are partners in a small intellectual property law firm. Ms. Davis, however, is lead trial counsel, has substantially more trial experience, and the client desires Ms. Davis to act as lead counsel at trial. Moreover, there are no other attorneys in Plaintiff's counsels' law firm that would be able to replace Ms. Davis and take over as lead counsel in this matter. Although the parties recognize the important role local counsel plays—particularly in this District—they believe the unavoidable overlap between Ms. Davis's due date and the trial, along with the parties' agreement, provide the good cause needed to move the trial date and allow Intellicheck to proceed to trial with their preferred lead trial counsel

6.	The parties are not seeking an extension of the Dispositive Motions deadline, the Settlement Conference Deadline or the Motions in Limine deadline and are fully prepared to comply with those deadlines.

7.	The parties understand that the case may be moved to the end of the calendar which is believed to be February or March of 2019.

8.	Presently, counsel for Intellicheck is scheduled for a three day trial in a matter pending before the United States District Court for the Middle District of Florida/Orlando Division beginning on February 4, 2019.

9.	The Parties therefore respectfully request an extension of the trial date, including an extension of the Agreed Pretrial Order, Pretrial Conference and the Trial Briefs, voir dire,

JOINT MOTION FOR EXTENSION OF
TRIAL DATE AND RELATED DATES (2:15-cv-00366-JLR) - 2
4834-9347-1569v.2 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

and jury instructions to the Court's first available opening after March 1, 2019.

IT IS SO STIPULATED.

DATED this 24th day of October, 2017.

| DAVIS WRIGHT TREMAINE LLP | KELLEY DRYE & WARREN, LLP |
|---|---|
| By:s/Benjamin J. Byer<br>   Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-757-8105<br>Fax: 206-757-7700<br>Email: benbyer@dwt.com<br><br>Amber N. Davis, *Admitted pro hac vice*<br>Terry M. Sanks, *Admitted pro hac*<br>BEUSSE WOLTER SANKS & MAIRE, PLLC<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Tel: 407-926-7716<br>Fax: 407-926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com<br><br>Attorneys for Plaintiff<br>Intellicheck Mobilisa, Inc. | By:s/David R. Yohannan<br>   David R. Yohannan, *Pro Hac Vice*<br>   Nikia L. Gray, *Pro Hac Vice*<br>QUARLES & BRADY LLP<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Tel: 202-780-2637<br>Fax: 202-372-9599<br>Email: david.yohannan@quarles.com<br>Email: nikia.gray@quarles.com<br><br>Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939<br>Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com<br><br>Attorneys for Defendant WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net |

~~[PROPOSED]~~ ORDER *JLR*

It is so ordered.

DATED this 24th day of October, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

JOINT MOTION FOR EXTENSION OF
TRIAL DATE AND RELATED DATES (2:15-cv-00366-JLR) - 3
4834-9347-1569v.2 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David R. Yohannan, *Pro Hac Vice*<br>Nikia L. Gray, *Pro Hac Vice*<br>QUARLES & BRADY LLP<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Tel: 202-780-2637<br>Fax: 202-372-9599<br>Email: david.yohannan@quarles.com<br>Email: nikia.gray@guarles.com | \_\_\_\_\_ U.S. Mail<br>\_\_\_\_\_ Hand Delivery<br>\_\_\_\_\_ Overnight Mail<br>\_\_\_\_\_ Facsimile<br>\_\_X\_\_ CM/ECF Notification |
| Joseph D. Wilson, *Pro Hac Vice*<br>KELLEY DRYE & WARREN, LLP<br>3050 K Street, NW, Suite 400<br>Washington, D.C. 20007<br>Tel: 202-342-8400<br>Fax: 202-342-8451<br>Email: jwilson@kelleydrye.com | \_\_\_\_\_ U.S. Mail<br>\_\_\_\_\_ Hand Delivery<br>\_\_\_\_\_ Overnight Mail<br>\_\_\_\_\_ Facsimile<br>\_\_X\_\_ CM/ECF Notification |
| Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Avenue, Suite 1800<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939<br>Fax: 206-464-0125<br>E-mail: dscaramastra@gsblaw.com | \_\_\_\_\_ U.S. Mail<br>\_\_\_\_\_ Hand Delivery<br>\_\_\_\_\_ Overnight Mail<br>\_\_\_\_\_ Facsimile<br>\_\_X\_\_ CM/ECF Notification |

Attorneys for Defendant Wizz Systems, L.L.C. d/b/a IDScan.net

DATED this 24th day of October, 2017.

s/Benjamin J. Byer
Benjamin J. Byer

JOINT MOTION FOR EXTENSION OF
TRIAL DATE AND RELATED DATES (2:15-cv-00366-JLR) - 4
4834-9347-1569v.2 0106287-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax