HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WIZZ SYSTEMS, L.L.C., d/b/a IDSCAN.NET <br><br> Defendant. | NO. 15-cv-00366-JLR <br><br> **STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO FILE OVER-LENGTH BRIEFS** <br><br> **NOTE ON MOTION CALENDAR: October 26, 2017** |

COME NOW Defendant Wizz Systems, L.L.C. d/b/a IDScan.net ("IDScan") and Plaintiff Intellicheck Mobilisa, Inc. ("Intellicheck") (collectively, "the parties") and, pursuant to LCR 7(d)(1) and 7(f), respectfully submit this Stipulated Motion and Order to File Over-Length Briefs concerning a Motion for Summary Judgment. IDScan intends to file its Motion for Summary Judgment on or before the October 27, 2017, filing deadline for dispositive motions. The motion will raise numerous issues relating to three separate patents and five underlying claims. Accordingly, the parties have conferred and jointly request the Court to allow the filing of an opening brief and a responsive brief with an additional four pages, each.

STIPULATED MOTION TO FILE OVER-LENGTH BRIEF - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

STIPULATED TO this 26th day of October, 2017.

Respectfully submitted,

| DAVIS WRIGHT TREMAINE LLP | GARVEY SCHUBERT BARER |
|---|---|
| By: _s/Benjamin J. Byer_<br>Benjamin J. Byer, WSBA #38206<br>benbyer@dwt.com<br>1201 Third Ave., Ste. 2200<br>Seattle, WA 98101<br>T: 206-757-8105<br><br>Amber N. Davis, *Pro Hac Vice*<br>adavis@bwsmiplaw.com<br>Terry M. Sanks, *Pro Hac Vice*<br>tsanks@bwsmiplaw.com<br>BEUSSE WOLTER SANKS & MAIRE PLLC<br>390 North Orange Ave., Ste. 2500<br>Orlando, FL 32801<br>T: 407-926-7716<br><br>*Attorneys for Intellicheck Mobilisa, Inc.* | By: _s/Donald B. Scaramastra_<br>Donald B. Scaramastra, WSBA #21416<br>dscaramastra@gsblaw.com<br>1191 Second Ave., Ste. 1800<br>Seattle, WA 98101<br>T: 206-464-3939<br><br>David R. Yohannan, *Pro Hac Vice*<br>david.yohannan@quarles.com<br>Nikia L. Gray, *Pro Hac Vice*<br>nikia.gray@quarles.com<br>QUARLES & BRADY LLP<br>1701 Pennsylvania Avenue NW, Ste. 700<br>Washington, D.C. 20006<br>T: 202-780-2637<br><br>*Attorneys for Wizz Systems, L.L.C. d/b/a IDScan.net* |

## [PROPOSED] ORDER

It is so ORDERED.

DATED this 26th day of October, 2017.

_____
HONORABLE JAMES L. ROBART

STIPULATED MOTION TO FILE OVER-LENGTH BRIEF - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered CM/ECF participants:

Benjamin J. Byer, WSBA #38206
benbyer@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Ave., Ste. 2200
Seattle, WA 98101
T: 206-757-8105

Amber N. Davis, *Pro Hac Vice*
adavis@bwsmiplaw.com
Terry M. Sanks, *Pro Hac Vice*
tsanks@bwsmiplaw.com
BEUSSE WOLTER SANKS & MAIRE PLLC
390 North Orange Ave., Ste. 2500
Orlando, FL 32801
T: 407-926-7716

Dated: October 26, 2017

*s/Leslie Boston*
Leslie Boston

GSB:9027811.1

STIPULATED MOTION TO FILE OVER-LENGTH BRIEF - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939