The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, a Louisiana Limited Liability Company,<br><br>Defendant. | No: 2:15-cv-00366-JLR<br><br>JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE [and ~~PROPOSED~~ ORDER]<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 28, 2017** |

JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
(2:15-cv-00366-JLR) - i

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

THE PARTIES HERETO, Plaintiff, INTELLICHECK MOBILISA, INC. and Defendant, WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net, by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all asserted claims and counterclaims with prejudice in the above-styled matter. Each party herein shall bear its own attorneys' fees, costs and other expenses.

DATED this 28th day of December, 2017.

| DAVIS WRIGHT TREMAINE LLP | KELLEY DRYE & WARREN, LLP |
|---|---|
| By: s/Benjamin J. Byer<br>Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-757-8105 / Fax: 206-757-7700<br>Email: benbyer@dwt.com<br><br>Amber N. Davis, Pro Hac Vice<br>Terry M. Sanks, Pro Hac Vice<br>BEUSSE WOLTER SANKS & MAIRE, PLLC<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Tel: 407-926-7716 / Fax: 407-926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com<br><br>Attorneys for Plaintiff Intellicheck Mobilisa, Inc. | By: s/David R. Yohannan<br>David R. Yohannan, Pro Hac Vice<br>Nikia L. Gray, Pro Hac Vice<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Tel: 202-780-2637 / Fax: 202-372-9599<br>Email: david.yohannan@quarles.com<br>Email: nikia.gray@guarles.com<br><br>Donald B. Scaramastra, WSBA #21416<br>GARVEY SCHUBERT BARER<br>1191 Second Street, 18th Floor<br>Seattle, WA 98101-2939<br>Tel: 206-464-3939 / Fax: 206-464-0125<br>E-mail: dscar@gsblaw.com<br><br>Attorneys for Defendant WIZZ SYSTEMS, L.L.C., d/b/a IDScan.net |

[PROPOSED] ORDER

It is so ordered.

DATED this 3rd day of January, 2018.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
(2:15-cv-00366-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David R. Yohannan, *Pro Hac Vice* <br> Nikia L. Gray, *Pro Hac Vice* <br> QUARLES & BRADY LLP <br> 1701 Pennsylvania Avenue NW, Suite 700 <br> Washington, DC 20006 <br> Tel: 202-780-2637 <br> Fax: 202-372-9599 <br> Email: david.yohannan@quarles.com <br> Email: nikia.gray@quarles.com | \_\_\_\_\_ U.S. Mail <br> \_\_\_\_\_ Hand Delivery <br> \_\_\_\_\_ Overnight Mail <br> \_\_\_\_\_ Facsimile <br> \_\_X\_\_ CM/ECF Notification |
| Donald B. Scaramastra, WSBA #21416 <br> GARVEY SCHUBERT BARER <br> 1191 Second Avenue, Suite 1800 <br> Seattle, WA 98101-2939 <br> Tel: 206-464-3939 <br> Fax: 206-464-0125 <br> E-mail: dscaramastra@gsblaw.com | \_\_\_\_\_ U.S. Mail <br> \_\_\_\_\_ Hand Delivery <br> \_\_\_\_\_ Overnight Mail <br> \_\_\_\_\_ Facsimile <br> \_\_X\_\_ CM/ECF Notification |

Attorneys for Defendant Wizz Systems, L.L.C. d/b/a IDScan.net

DATED this 28th day of December, 2017.

s/Benjamin J. Byer
Benjamin J. Byer

JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
(2:15-cv-00366-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax